UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NJK HOLDINGS CORP.; ET AL.,                 Civil Action No. 11 CV 6946

                        Plaintiff(s),

   -against-

FLI DEEP MARINE LLC, ET AL.,                **AFFIDAVIT OF SERVICE**

                        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                      s.s :
COUNTY OF NEW YORK  )

    JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING &WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 24th day of October, 2011, at approximately 7:10 p.m., deponent served a true copy of the **Summons in a Civil Action; Complaint and Jury Demand; Civil Case Cover Sheet; Rule 7.1 Disclosure Statement and ECF Rules & Instructions** upon Logan Langberg c/o Bressner Partners, Ltd. by Jeffrey Landberg at 27 East 65th Street, New York, New York 10021 by personally delivering and leaving the same with Julie "Doe", who is a person of suitable age and discretion, at that address.

    Julie "Doe" is an olive-skinned Asian female, approximately 50 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 130 pounds, with medium length black hair and dark eyes.

(1)

That on the 31st day of October, 2011 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Logan Langberg
c/o Bressner Partners, Ltd.
c/o Jeffrey Langberg
27 East 65th Street, Apartment 10-C
New York, New York 10021

Sworn to before me this
31st day of October, 2011

JOSEPH SANCHEZ #1155200

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014