UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
NJK HOLDINGS CORP.; ET AL.,                      Civil Action No. 11-CV-6946

                    Plaintiff(s),

  -against-

FLI DEEP MARINE, LLC; ET AL.,                    **AFFIDAVIT OF SERVICE**

                    Defendant(s).
-----------------------------------------------------X
STATE OF NEW YORK  )
                        s.s :
COUNTY OF NEW YORK  )

    RANDY BARONA, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 11th day of November, 2011, at approximately 3:41 p.m., deponent served a true copy of the **Supplemental Summons in a Civil Action and Amended Complaint with Jury Demand, Rules of Judge Cote and the ECF Rules and Instructions** upon First Long Island Investors, LLC-Attention: Bruce A Siegel, Esq. at One Jericho Plaza, Suite 201, Jericho, New York 11753 by personally delivering and leaving the same with Bruce A Siegel, Esq., who is authorized by appointment to accept service.

    Bruce A Siegel, Esq. is a white male, approximately 50-52 years of age, is approximately 6 feet tall, weighs approximately 185-190 pounds, with short brown hair and brown eyes and was wearing glasses.

Sworn to before me this
15th day of November, 2011                    RANDY BARONA #1000417

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014