```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
NJK HOLDINGS CORP., et al.,             :
                    Plaintiffs,         :
                                        :     11 Civ. 6946 (DLC)
           -v-                          :
                                        :          ORDER
FIRST LONG ISLAND INVESTORS LLC, et     :
al.,                                    :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 2, 2011, defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by December 23, 2011. Plaintiffs will have no further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by December 23, 2011. Defendants' reply, if any, shall be served by January 6, 2012. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the

United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
           December 12, 2011

                                            _____
                                                DENISE COTE
                                       United States District Judge