```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
NJK HOLDINGS CORPORATION, DCC VENTURES,   :
LLC, NASSER J. KAZEMINY, and THE          :
TRIOMPHE INVESTORS, LLC,                  :    11 Civ. 6946 (DLC)
                         Plaintiffs,      :
                                          :         ORDER
              -v-                         :
                                          :
FLI DEEP MARINE LLC, BRESSNER PARTNERS    :
LIMITED, LOGAN LANGBERG, HARLEY           :
LANGBERG, and JEFFREY LANGBERG,           :
                         Defendants.      :
                                          :
----------------------------------------X
```

12/30/11

DENISE COTE, District Judge:

On December 23, 2011, the plaintiffs filed their second amended complaint (the "December 23 Complaint"). It is hereby

ORDERED that if the defendants wish to file a motion to dismiss the December 23 Complaint, they must do so by **January 13, 2012**. If a motion to dismiss is filed, the plaintiffs' opposition must be filed by **February 3, 2012**. The defendants' reply, if any, must be filed by **February 10, 2012**.

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for January 27, 2012, is rescheduled to **February 17, 2012** at **11:00 a.m.**

SO ORDERED:

Dated:   New York, New York
         December 30, 2011

                                   _____
                                         DENISE COTE
                                   United States District Judge